## MEMORANDUM



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 9 2009

TO: *HONORABLE GEORGE B. DANIELS*
    *UNITED STATES DISTRICT JUDGE*

FROM: <u>*CLAY SMITH*</u>
      *PRETRIAL SERVICES OFFICER*

RE: *LUKMAN KASSIMU*
Docket: *#07-CR-00056*
*#08-CR-1006*

The attached memorandum was prepared by Pretrial Services Officer

<u>Clay Smith</u>                           <u>805-4107</u>
Name                                  Phone Number

will present Your Honor significant details about the bail Conditions which were imposed on the above cited defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   Please inform all parties concerned that I will conduct a bail Review Hearing in Courtroom# <u>21D</u> on <u>JULY 2</u> at <u>10:00 AM</u>.
                                    Date       Time

I request that a Bail Review Hearing be conducted by:

[ ]   The presiding Magistrate Judge in courtroom #5A.

[ ]   The District Court Judge presiding in Part I.

[ ]   *George B Daniels*
         Judicial Officer                     JUN 2 9 2009
      HON. GEORGE B. DANIELS